AO 91 (Rev. 11/11) Criminal Complaint                    AUSA Matthew Kutcher (312) 469-6132

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

BENJAMIN VASQUEZ JR.,
　　also known as "Shady"

CASE NUMBER:
UNDER SEAL

FILED
JUL 13 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

17CR 475

MAGISTRATE JUDGE KIM

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(k) | On or about February 21, 2017, in the Northern District of Illinois, Eastern Division, the defendant, BENJAMIN VASQUEZ, JR., did knowingly possess a firearm, namely a Taurus .22 caliber pistol, from which the manufacturer's serial number had been removed, altered and obliterated, which firearm had been transported in interstate commerce. |

This criminal complaint is based upon these facts:

　X　Continued on the attached sheet.

_____
JASON SCHOENECKER
Task Force Officer, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Sworn to before me and signed in my presence.

Date: July 13, 2017　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge's signature

City and state: Chicago, Illinois　　　　　　　YOUNG B. KIM, U.S. Magistrate Judge

| UNITED STATES DISTRICT COURT | |
|---|---|
| NORTHERN DISTRICT OF ILLINOIS | ss |

## AFFIDAVIT

I, Jason Schoenecker, being duly sworn, state as follows:

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms & Explosives, and have been so employed for approximately ten years. I am currently assigned to ATF Strike Force Group 7.

2. As part of my regular duties as a Task Force Officer, I investigate criminal violations of the federal firearms laws, including Title 18, United States Code, Sections 922 and 924, as well as federal narcotics laws, including Title 21, United States Code, Sections 841(a)(1) and 846. I have received training regarding, among other things, violations of federal firearms and narcotics laws.

3. This affidavit is submitted in support of a criminal complaint alleging that BENJAMIN VASQUEZ, JR., also known as "Shady," has violated Title 18, United States Code, Section 922(k), and JORGE VASQUEZ has violated Title 18, United States Code, Section 922(g)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging (1) BENJAMIN VASQUEZ, JR. with possessing of a firearm with an altered, removed, and obliterated serial number, and (2) JORGE VASQUEZ with possession of a firearm by a convicted felon, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are

1

necessary to establish probable cause to believe that the defendants committed the offenses alleged in the complaint.

4. This affidavit is based on my personal knowledge, experience and training, information provided to me by other law enforcement agents and the experience of those agents, interviews of a confidential source, review of consensual audio and video recordings and SMS or text messages, and physical surveillance.

5. Based on the information contained in this Affidavit, there is probable cause to believe that (1) on February 13, 2017, JORGE VASQUEZ, a convicted felon, possessed a firearm that had been transported in interstate commerce, namely a Keltec Sub 2000 .40 caliber rifle, bearing serial number EDC57, in violation of Title 18, United States Code, Section 922(g)(1); and (2) on February 21, 2017, BENJAMIN VASQUEZ JR., did possess and receive a firearm, namely a Taurus .22 caliber pistol, which had the manufacturer's serial number removed, obliterated, and altered, and that had been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(k).

**FACTS SUPPORTING PROBABLE CAUSE**

*Summary of the Investigation*

6. Between at least February 1, 2017 and June 1, 2017, BENJAMIN VASQUEZ, JR.,[1] also known as "Shady," has conducted unlawful firearms and

---

[1] The identification of BENJAMIN VASQUEZ, JR. in this Affidavit is based on the following: (1) CS-1 identified an Illinois Secretary of State driver's license photograph of VASQUEZ, JR. as the person with whom CS-1 was meeting and purchasing firearms after setting up those transactions in phone calls and text messages with the 9509 Phone; (2) agents compared a photograph of VASQUEZ, JR. to the individual who agents saw during surveillance, spoke with, and saw on recordings as set forth herein, and confirmed that the

narcotics sales in Chicago. Specifically, between February 1, 2017 and June 1, 2017, BENJAMIN VASQUEZ, JR., sold an ATF confidential source ("CS-1")[2] approximately 16 firearms and approximately 397 grams of cocaine and other narcotics on 16 different occasions, summarized below:

| Date | Item(s) sold (Price) |
|---|---|
| 2/1/17 | Lorcin .25 caliber handgun ($280), 50 Xanax pills ($220) |
| 2/7/17 | Jennings J22 .22 caliber handgun ($300); 20 Norco pills and 30 Xanax bars ($200) |
| 2/8/17 | 25 g cocaine ($1300) |
| 2/13/17 | 59 g cocaine ($2650); 28 Vicadin and 2 Xanax bars ($135) |
| 2/21/17 | Taurus .22 caliber pistol ($700); 58 g cannabis ($500) |
| 2/22/17 | Hi-Point 9 mm pistol ($300) |
| 2/23/17 | 26.6 g cocaine ($1400), Armitage Scarab Skorpion 9 mm semi-automatic pistol ($1100) |
| 3/6/17 | Iberia .40 caliber pistol with extended magazine ($850); 40 Xanax ($150) |
| 3/10/17 | Talon 9 mm pistol ($800), .25 lb cannabis ($850) |
| 3/27/17 | Ruger .44 caliber handgun ($700) |
| 3/31/17 | Smith & Wesson 4013 handgun ($850) |
| 4/19/17 | HiPoint .380 handgun ($650) |
| 5/1/17 | Winchester 12 gauge shotgun (sawed off) and NORINCO MAK 90 .762 caliber AK-47 style rifle ($2300) |
| 5/18/17 | Taurus 9 mm pistol ($900); 91 g cocaine ($4,050) |
| 5/24/17 | 2 Smith & Wesson .40 caliber pistols ($1800) |
| 5/26/17 | 84 g cocaine ($4050), Diamondback Arms 9mm pistol ($900) |
| 6/1/17 | 112 g cocaine ($5400) |

---

individual is VASQUEZ, JR.; (3) agents are familiar with VASQUEZ, JR.'s voice from reviewing the video recordings of consensual meetings between VASQUEZ, JR. and CS-1, as set forth herein, and confirmed that VASQUEZ, JR.'s voice is the voice of the individual using the 9509 Phone; and (4) after calls and text communications between CS-1 and the user of the 9509 Phone setting up meetings for the various dates listed throughout this Affidavit, VASQUEZ, JR. appears at the pre-set location at or around the pre-set time and conducts the transaction discussed during the calls and text messages.

[2] CS-1 has prior convictions for armed robbery, possession of controlled substances and resisting arrest. CS-1 has received approximately $43,926.98 in monetary compensation for CS-1's cooperation with the ATF since October 2013, including $19,561.98 in the last six months. CS-1's information has proven reliable and credible, and has been corroborated by controlled purchases/meetings, physical surveillance conducted by law enforcement officers and other cooperating sources, including the transactions detailed in this Affidavit.

3

7. Each of the controlled transactions between CS-1 and VASQUEZ, JR. was coordinated through consensually-recorded calls and text messages[3] between CS-1 and VASQUEZ, JR., who used a phone number ending in 9059 ("the 9059 Phone"). In addition, all of the transactions were monitored by agents conducting surveillance and recorded using ATF audio/video equipment in the same manner as the transaction described in detail below in this Affidavit.

### *Unlawful Possession of Firearms*

8. As set forth in more detail below, on February 13, 2017, JORGE VASQUEZ sold CS-1 a Keltec .40 caliber rifle, bearing serial number EDC57, in the alley south of 71st Street, between Honore Street and Wolcott Street, in Chicago. (*See* ¶¶ 10-23.)

9. As also set forth in more detail below, on February 21, 2017, VASQUEZ, JR. sold a Taurus .22 caliber firearm with an obliterated serial number to CS-1. On February 22, 2017, VASQUEZ, JR. admitted to CS-1 in a recorded conversation that

---

[3] Reference is made to recorded telephone and in-person conversations in this Affidavit. In certain instances, these conversations are summarized and placed in context. My understanding of these conversations is aided by the contents and context of the conversations, my familiarity with the facts and circumstances of this investigation, my experience as a law enforcement officer, my discussions with other law enforcement officers, the experience of other law enforcement agents and officers in this investigation and other evidence developed during the course of the investigation. The summaries of recorded conversations herein do not represent finalized transcripts and may not represent the entire conversation that occurred between the identified individuals. In addition, all of the voice identifications herein are preliminary. In most cases, voice identifications are based on names used during the intercepted conversations, information obtained by the investigative agents and cooperating individuals, and voice recognition that has been accomplished to date by law enforcement officers. In addition, only portions of the recorded conversations are set forth below.

4

he knew the firearm's serial number had been obliterated on the day VASQUEZ, JR. sold the firearm to CS-1. (*See* ¶¶ 24-34.)

**On February 13, 2017 JORGE VASQUEZ Sold CS-1 a Keltec .40 Caliber Rifle**

10. On or about February 13, 2017, between 9:11 a.m. and 2:17 p.m., CS-1 and VASQUEZ, JR. who was using the 9059 Phone, exchanged a series of text messages regarding a cocaine transaction. Specifically, CS-1 said, "You at the crib?" CS-1 said, "Tell yo cuz [cousin, later identified as JORGE VASQUEZ[4]] I want a 63 [grams of cocaine] today." VASQUEZ, JR. later responded, "He said its gomma take like a hr nd a half 2 get dat ready u aimt tryna cum grab diz off me den cum bak wen hes ready."[5] CS-1 said, "Man brother I can't really come except one time … because I'm working." VASQUEZ, JR. said, "He wants 27 [$2700] but ima getting 2 lower it ima tell em its da same n**** he only gave dat price cuz he thought it was for me lol".

11. On February 13, 2017, at approximately 2:00 p.m., law enforcement agents met with CS-1 and another confidential source ("CS-2")[6] at a predetermined location and searched CS-1 and CS-2 for the presence of contraband, firearms and currency, none of which was found. Agents equipped CS-1 with an electronic

---

[4] Law enforcement agents identified JORGE VASQUEZ by reviewing the video recording of the February 13, 2017 transaction described herein and comparing the person who appeared on the recording selling CS-1 the Keltec rifle with the Illinois Secretary of State photograph of JORGE VASQUEZ and photographs of JORGE VASQUEZ from law enforcement criminal history records.

[5] Text messages quoted herein are quoted using the original spelling, although expletives have been redacted and replaced with the notation "****".

[6] CS-2 has prior convictions for manufacture/delivery of controlled substances. CS-2 has received approximately $152,425 in monetary compensation for CS2's cooperation with law enforcement since 2006, including $13,800 in the past three months.

5

audio/video recording device, which included a device that allowed agents to listen to CS-1's conversations with VASQUEZ, JR. in real time. Agents activated the recording and monitoring devices and provided CS-1 with $3785 in undercover buy funds. Agents also searched an undercover vehicle for contraband, firearms and currency, none of which was found, and equipped the vehicle with recording and monitoring devices, which were activated.

12. According to video recordings, CS-1 and agent surveillance reports, at approximately 2:03 p.m., CS-1 and CS-2 drove in the undercover vehicle to the 4800 block of S. Justine Street in Chicago. CS-1 and CS-2 arrived at the location at approximately 2:18 p.m. CS-1 went into an apartment building in the 4800 block of S. Justine Street while CS-2 remained in the vehicle.

13. According to a review of the audio/video recording and a debrief of CS-1, CS-1 entered an apartment on the 4800 block of Justine Street. VASQUEZ, JR. and JORGE VASQUEZ were both present in the apartment, along with an unidentified woman. CS-1, VASQUEZ, JR. and JORGE VASQUEZ went into a bedroom. VASQUEZ, JR. showed CS-1 a .22 caliber Taurus handgun. CS-1 said, "That's it? That's like the little baby model." VASQUEZ, JR. said, "See why I don't want to [sell it] now?" CS-1 said, "Yeah." VASQUEZ, JR. said, "Everything on that … is gold…. Want to know the gangster s*** about it? You can put nine [rounds] in the chamber." CS-1 said, "Oh wow. Yeah, that … is gangster. Yeah, let me know. That is…little…. Unless you got something else, you got something else you want to juke [sell] right now, I'll give you my best dollar for that…" JORGE VASQUEZ then showed CS-1 a

6

photo on his phone of a .40 caliber Keltec rifle. JORGE VASQUEZ said, "This is a 40 [caliber]. But they want a dime for that one." CS-1 said, "Come on." JORGE VASQUEZ said, "You want it?" CS-1 said, "I want that…right now. I've got it bad for that…Y'all can make that…like happen right now…?" JORGE VASQUEZ said, "Yeah, the only thing, I ain't trying to bring it over here." JORGE VASQUEZ, VASQUEZ, JR. and CS-1 discussed possible places to transfer the firearm to CS-1.

14. Later in the meeting, according to a review of the audio/video recording and a debrief of CS-1, JORGE VASQUEZ directed CS-1 to cocaine and pills that were sitting on a dresser and said it was for CS-1. CS-1 put the cocaine on a scale that was also on the dresser. CS-1, VASQUEZ, JR. and JORGE VASQUEZ then discussed the Keltec rifle again. CS-1 said, "That [firearm] … is a chopper [rifle]." JORGE VASQUEZ said, "It's not even a chopper, it's a 40 [.40 caliber]." CS-1 said, "It's a 40 but why's it all long like that?" JORGE VASQUEZ said, "It's a Keltec." CS-1 said, "Oh it's a Keltec, so like that's a connection, so you can do like somersaults." JORGE VASQUEZ then showed CS-1 more photos of the Keltec firearm on JORGE VASQUEZ's mobile phone and said, "See it folds."[7] CS-1 said, "Oh it folds up … it turns into a rifle." JORGE VASQUEZ said, "It got the 30 on it." CS-1 said, "You got the batteries [ammunition] for it?" JORGE VASQUEZ said, "You got the batteries full." CS-1 provided $2650 to JORGE VASQUEZ and $135 to VASQUEZ, JR. for the narcotics. JORGE VASQUEZ gave $50 from the $2650 to VASQUEZ, JR.

---

[7] Based on my training and experience, I know that the .40 caliber Keltec JORGE VASQUEZ showed CS-1 has a collapsible stock so that it can fold and unfold.

15. According to a review of the audio/video recording and a debrief of CS-1, CS-1 and VASQUEZ, JR. then turn back to discussing the Taurus .22 caliber pistol. CS-1 says, "It's nice, it's beautiful, it's worth it ..." VASQUEZ, JR. said, "My whole intent was to sell it to you...." CS-1 said, "You might as well ... right now I'll give you seven [$700] for that ..." VASQUEZ, JR. said, "Then I'll just make a hundred bucks off it..." CS-1 said, "...But you know I'm a keep coming shopping ..." VASQUEZ, JR. said, "...and it's a Taurus...it's not even no regular piece of s***. ... Look at this, no scratches on the wood grain, gold screws are everywhere, even on the safety, and right here ... and it's clean, ain't no scratches on it but besides them, you know." CS-1 said, "That ... is badass." VASQUEZ, JR. said, "...I just got you something way ... better right now." CS-1 said, "I know, the Keltec...I really wanted that..." CS-1 re-packaged the cocaine and the pills and took possession of the narcotics.

16. Later during the meeting, according to a review of the audio/video recording and a debrief of CS-1, CS-1 said, "If you can get it [the Keltec firearm] to your spot, how far are you from here?" JORGE VASQUEZ said, "Right by 71st [Street in Chicago]." CS-1 said, "Oh yeah, we'll come... I know you don't want to come right here with it." JORGE VASQUEZ said, "Exactly."

17. Later in the recorded conversation, JORGE VASQUEZ said to CS-1, "Look...I was gonna go get it and then I was going to see if you trail me, follow me back to 71st, back down this way, just in case 5-0 [police] get on my ass." CS-1 said, "Okay so you're gonna grab it and..." JORGE VASQUEZ said, "And you can meet me on 71st and Ashland, we'll come straight down Ashland." CS-1 said, "And boom,

8

where will we pull over?" JORGE VASQUEZ said, "Right here. We'll do everything in here I guess." CS-1 said, "Is it going to be like 1-2-3, 1-2-3?" JORGE VASQUEZ said, "Yes." CS-1 said, "When do you want me to meet you on 71st?" JORGE VASQUEZ said, "I'm gonna go pick it [Keltec firearm] up from his [supplier] house and come straight back this way. Just go there and back." VASQUEZ, JR. said, "Want me to ride with you?" JORGE VASQUEZ said, "No, I'm trying to be by myself on that one…. Let me go pick it [Keltec firearm] up. You want it for sure?" CS-1 said, "100%." JORGE VASQUEZ said, "We'll figure it out when I have it [Keltec firearm] in my hand."

18. According to a review of the audio/video recordings, a debrief of CS-1 and agent surveillance, at approximately 2:30 p.m., CS-1, VASQUEZ, JR. and JORGE VASQUEZ exited the residence. CS-1 entered the undercover vehicle driven by CS-2. BENJAMIN VASQUEZ JR. and JORGE VASQUEZ entered a separate vehicle. CS-1 and CS-2 drove away from Garfield Boulevard and proceeded toward 71st Street and Ashland Avenue. According to a review audio/video recordings and a debrief of CS-1, during the drive, CS-1 spoke by telephone with VASQUEZ, JR., who directed CS-1 to 71st Street in the area of Honore Street and Wolcott Street.

19. At approximately 3:16 p.m., VASQUEZ, JR. directed CS-1 and CS-2 to the alley south of 71st street between Honore Street and Wolcott Street. According to a review of the audio/video recording, a debrief of CS-1 and agent surveillance, CS-2 drove the undercover vehicle to that location. In the alley, CS-1 observed a vehicle parked in the alley.

9

20. According to a review of the audio/video recording and a debrief of CS-1, at approximately 3:17 p.m., JORGE VASQUEZ exited his vehicle. CS-1 exited the undercover vehicle and walked to JORGE VASQUEZ, who was standing next to an open rear passenger door of his vehicle. CS-1 said to JORGE VASQUEZ, "You were draggin, I was like man, where's my dude at?" JORGE VASQUEZ pulled down his back seat and reached into the trunk of his vehicle. CS-1 handed JORGE VASQUEZ $1000 and said, "Yeah check it out. That's it?" JORGE VASQUEZ said, "Yeah." CS-1 then reached into JORGE VASQUEZ's car and grabbed a paper bag. CS-1 looked into the bag and saw a Keltec .40 caliber rifle. CS-1 said "I'm a bail out man." CS-1 then returned to the undercover vehicle with the bag.

21. According to video recordings and CS-1, at approximately 3:18 p.m., CS-1 re-entered the undercover vehicle and CS-1 and CS-2 drove away from the location. According to the audio/video recording, a debrief of CS-1 and agent surveillance, CS-1 and CS-2 returned in the undercover vehicle to a predetermined location at approximately 3:36 p.m. and met with law enforcement agents. At the predetermined location, agents searched CS-1, CS-2 and the undercover vehicle for contraband, firearms and currency, and, other than the firearm, cocaine and pills described below, found nothing. Agents took possession of a Keltec Sub 2000 .40 caliber rifle, bearing serial number EDC57, 59 grams of a substance that field-tested positive for cocaine, 28 pills of suspected codeine and 2 Xanax pills. Agents also deactivated and took possession of the electronic recording and monitoring equipment from CS-1.

22. An ATF firearms interstate nexus expert researched the description of the Keltec Sub 2000 .40 caliber rifle, bearing serial number EDC57, sold by JORGE VASQUEZ on February 13, 2017 and determined that the firearm was not manufactured in Illinois and therefore traveled in interstate commerce prior to JORGE VASQUEZ's possession of the firearm.

23. According to a Certified Statement of Conviction, on August 19, 2015 JORGE VASQUEZ was convicted in the Circuit Court of Cook County for being a felon in possession of a firearm, in violation of ILCS 720-5/24-1.1(A), for which he was sentenced to three years' imprisonment.

### On February 21, 2017 VASQUEZ, JR. Possessed a Taurus .22 Caliber Pistol with an Obliterated Serial Number

24. Between on or about February 18, 2017 at approximately 8:51 a.m. and approximately 9:07 a.m., CS-1 and BENJAMIN VASQUEZ, JR., who was using the 9059 Phone, exchanged a series of text messages discussing the sale of a firearm, as follows:

| | |
|---|---|
| VASQUEZ, JR.: | Yooo |
| CS-1: | Was the word my n**** |
| VASQUEZ, JR.: | Wat u need |
| CS-1: | Wat u got my n**** |
| VASQUEZ, JR.: | Just dat toy [firearm] ubwanted [you wanted][8] nd sum new loud [marijuana] |

---

[8] As described above, on February 13, 2017, CS-1 saw a Taurus .22 caliber firearm in VASQUEZ, JR.'s residence and expressed interest in purchasing it. At that time, VASQUEZ, JR. said he did not want to sell CS-1 the Taurus .22 caliber firearm.

11

25. According to a review of the audio recording and a debrief of CS-1, on February 18, 2017, at approximately 9:14 a.m., CS-1 made an outgoing phone call to VASQUEZ, JR., who was using the 9059 Phone. During the call, CS-1 asked VASQUEZ, JR. if he was "trying to let go of that tinoy [firearm] now or what?" VASQUEZ, JR. said, "I mean … I guess … I'm trying to get rid of something 'cause … that day we gave you that one … he was supposed to come through with another one … with a 9 [mm] Smith & Wesson but that … never … came through … I was mad … I should have just sold … this one [firearm] and I should have kept that one [firearm].… You want to five me 7 [$700] for that [firearm]?" CS-1 said, "Yeah, we could do that … I know you want to make a little something … yeah, I'll make [$]100 …" CS-1 said, "Yeah, we could do that. … For sure, for sure I want that demo [firearm]."

26. According to a review of the audio recording and a debrief of CS-1, on February 20, 2017, at approximately 9:14 a.m., CS-1 made an outgoing phone call to VASQUEZ, JR., who was using the 9059 Phone. During this call, CS-1 said, "I was going to see if you'll be right there tomorrow …" VASQUEZ, JR. said, "What you need, what tomorrow? … What you need?" CS-1 said, "Man, you already know big dog. … I'm probably gonna grab some zone from you of some loud [marijuana] if it's that thing that you were talking about and that tinoy [firearm].… The loud and the tinoy [firearm]." VASQUEZ said, "I don't know what a tinoy is. Oh, yeah, gotcha. … Well wake me up tomorrow." CS-1 said, "For sure, for sure, I'm gonna be there like 12 – 1 [o'clock]."

12

27. On February 21, 2017, at approximately 1:00 p.m., law enforcement agents met with CS-1 and CS-2 at a predetermined location and searched CS-1 and CS-2 for the presence of contraband, firearms and currency, none of which was found. Agents equipped CS-1 with an electronic audio/video recording device, which included a device that allowed agents to listen to CS-1's conversations with VASQUEZ, JR. in real time. Agents activated the recording and monitoring devices and provided CS-1 with $2200 in undercover buy funds. Agents also searched an undercover vehicle for contraband, firearms and currency, none of which was found, and equipped the vehicle with recording and monitoring devices, which were activated.

28. According to a review of the audio/video recordings, a debrief of CS-1 and agent surveillance, at approximately 1:15 p.m., CS-1 and CS-2 drove in the undercover vehicle to 4800 block of S. Justine Street in Chicago. At approximately 1:31 p.m., CS-1 exited the undercover vehicle and approached VASQUEZ, JR.'s residence. CS-1 knocked on the door and VASQUEZ, JR. opened the door and CS-1 entered the residence.

29. Once inside the residence, according to a review of the audio/video recording and a debrief of CS-1, during the meeting, VASQUEZ, JR. said, "What are you looking for?" CS-1 said, "I might grab a couple of zones [ounces] from you and then that thing [firearm]." VASQUEZ, JR. then handed CS-1 a bag that appeared to contain marijuana. CS-1 said, "That's it, what that's the zipper [ounce] right there?" CS-1 smelled the substance and said, "What is this ... just some sour ... just some

13

new s*** huh?" VASQUEZ, JR. said, "[Unintelligible] I just smoked that … last night."

30. Later during the meeting, according to a review of the audio/video recordings and a debrief of CS-1, CS-1 said, "What's up with that little baby thing [firearm]?" VASQUEZ, JR. picked up a .22 caliber firearm from a dresser drawer and said, "What, this …?" CS-1 said, "Come on, come on, I'm ready right now, I'll give you what you want for it dog…. Come on dog, don't do me like that, you know you want that, you might as well make that extra bill [$100], you know you finna come across something else …" CS-1 continued to discuss price with VASQUEZ, JR. Finally, CS-1 said, "Come on, I'm gonna start shopping on this loud [marijuana]. I'm a grab two of these [ounces] right now…. You know with that little … you can't do s*** with that little …" VASQUEZ said, "This is too nice." CS-1 handed $700 to VASQUEZ, JR. CS-1 said, "That's the seven piece [$700] and I'll give you five [$500] for two of those [ounces of marijuana]." CS-1 counted out $500 and said, "I know you don't want to let it go, but you don't need it. I know you got that … cannon [.357 firearm that VASQUEZ, JR. had previously shown CS-1] on you … that ain't gonna do nothing, you scare the birds with that little [firearm] … it's just for show, dog…" VASQUEZ, JR. said, "That's what it is." Later in the meeting, VASQUEZ, JR. said, "F*** it," and handed CS-1 the .22 caliber firearm.

31. According to a review of the audio/video recordings, a debrief of CS-1 and agent surveillance, at approximately 1:43 p.m., CS-1 exited the residence and re-entered the undercover vehicle. CS-1 and CS-2 returned in the undercover vehicle to

a predetermined location at approximately 1:58 p.m. and met with law enforcement agents. At the predetermined location, agents searched CS-1, CS-2 and the undercover vehicle for contraband, firearms and currency, and other than the firearm and marijuana discussed below, none was found. Agents took possession of a Taurus .22 caliber firearm with an obliterated serial number, ammunition and 2 ounces of cannabis. Agents also deactivated and took possession of the electronic recording and monitoring equipment from CS-1.

32. The next day, February 22, 2017, in a controlled transaction conducted in a manner similar to the two transactions described above, VASQUEZ, JR. sold CS-1 one High Point 9 mm firearm. According to my review of the audio/video recording and a debrief of CS-1, during that transaction, CS-1 asked VASQUEZ, JR. about the obliterated serial number on the Taurus .22 caliber firearm VASQUEZ, JR. sold to CS-1 the day before. Specifically, CS-1 said, "So tell me, what's up with that deuce deuce [.22 caliber firearm]? Tell me why that Arab was giving me s*** because it was scratched up. And I'm like no … it wasn't like that when the first time you showed it to me…" VASQUEZ, JR. said, "What you talking about?" CS-1 said, "Did you f*** it up … the deuce deuce [.22 caliber]?" VASQUEZ, JR. said, "What, the gold trigger?" CS-1 said, "No, did you scratch the thing off?" VASQUEZ, JR. said, "The one with the gold trigger?" CS-1 said, "Yeah." VASQUEZ, JR. said, "Yeah to take off the serial number." CS-1 said, "Why, was somebody had it that was legit?" VASQUEZ, JR. said, "They did that s*** [scratched off the serial number]. That's how I got it." CS-1 said,

15

"Oh, you got it like that?" VASQUEZ, JR. said, "That's how I got it... That's how it was when I showed it to you."

33. An ATF firearms interstate nexus expert researched the description of the Taurus .22 caliber firearm possessed and then sold by BENJAMIN VASQUEZ, JR. on February 21, 2017 and determined that the firearm was not manufactured in Illinois and therefore traveled in interstate commerce prior to BENJAMIN VASQUEZ, JR.'s possession of the firearm.

## CONCLUSION

34. Based on the foregoing, I believe there is probable cause to believe that (1) on February 21, 2017, BENJAMIN VASQUEZ JR., did possess and receive a firearm which had the manufacturer's serial number removed, obliterated, and altered, and that had been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(k); and (2) on February 13, 2017, JORGE VASQUEZ, a convicted felon, possessed a firearm that had been transported in

interstate commerce, namely one Keltec Sub 2000 .40 caliber rifle, bearing serial number EDC57, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NOT.

_____
Jason Schoenecker
Task Force Officer, Bureau of Alcohol, Tobacco, Firearms & Explosives

SUBSCRIBED AND SWORN to before me on July 13, 2017.

_____
YOUNG B. KIM
United States Magistrate Judge

17