**FILED**
JUL 13 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 13 2017

UNITED STATES OF AMERICA

v.

BENJAMIN VASQUEZ JR.,
also known as "Shady"

CASE NUMBER MAGISTRATE JUDGE
YOUNG B. KIM

UNDER SEAL

**17 CR 475**

MAGISTRATE JUDGE KIM

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the time

of arrest of the defendant in this case or further order of the Court, whichever occurs earlier.

DATE: July 13, 2017

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: _____
Matthew Kutcher
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 469-6132