

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| USA | ) | Case No: | 17 CR 475 |
| v. | ) | | |
| | ) | Judge: | Young B. Kim |
| Benjamin Vasquez, Jr. | ) | | |

### ORDER

Arrest warrant issued to Tobacco, Firearms and Explosives as to Benjamin Vasquez, Jr. The government's motion to seal complaint, affidavit, and arrest warrant is granted. Enter Order.

Date: July 13, 2017

*/s/ Young B. Kim*