

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

USA,

Plaintiff,

v.

Benjamin Vasquez, Jr.

Defendant,

Case No. 17-cr-475
Judge Jeffrey T. Gilbert

### ORDER

Government's Petition for Writ of Habeas Corpus Ad Prosequendum is granted. Order Writ of Habeas Corpus Ad Prosequendum to issue as to Defendant Benjamin Vasquez, Jr. for the arraignment on 8/4/17 at 11:00 a.m. before the Duty Magistrate Judge in courtroom 1743. Enter Order.

Date: 7/17/17

Magistrate Judge Jeffrey T. Gilbert