

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 17 CR 475 |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| BENJAMIN VASQUEZ, JR. | |

### ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

        Name: BENJAMIN VASQUEZ, JR.
        Date of Birth: **/**/1991
        Sex: Male
        Race: Hispanic
        Jail/Prisoner #: 2017-0705112

has been and now is, in due process of law, incarcerated in the following institution:

        Cook County Jail
        2700 S. California Ave., Chicago, IL 60608
        Chicago, Illinois

and that said defendant has been charged in the above-captioned case with possession and receipt of a firearm with a removed, altered and obliterated serial number, and that said defendant should appear in this case in the United States District Court at 11:00 a.m., on August 4, 2017, for an initial appearance before the Duty Magistrate Judge in the courtroom usually occupied by said judge in the United States Courthouse, Chicago, Illinois.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| EDWARD GILMORE<br>United States Marshal<br>Northern District of Illinois<br>219 South Dearborn Street<br>Room 2444 – Federal Building<br>Chicago, Illinois  60604 | THOMAS J. DART<br>Sheriff<br>Cook County Jail<br>2700 S. California Ave., Chicago, IL 60608<br>Chicago, Illinois |

bring or cause to be brought before this Court, at said time on said date, before the Duty Magistrate Judge in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

_____
JEFFREY T. GILBERT
Magistrate Judge

DATED at Chicago, Illinois
this ___17___ day of __July__, 20_17_.

2